Janine P. Reynard
1655 Fairview Avenue, Ste. 209B
Boise, Idaho  83702
Telephone:  (208) 383-4113
Facsimile:    (208) 345-6144
jreynard@7trustee.net

Chapter 7 Bankruptcy Trustee

United States Bankruptcy Court

District of Idaho

In Re:                                                            )
                                                                      )
HUTCHENS, JAMES NORMAN         )         Case No. 13-00074 JDP
                                                                      )           Chapter 7
                                                                      )
                                                                      )
_____Debtor(s)_____)

NOTICE OF SALE OF PERSONAL PROPERTY BY TRUSTEE

---

**Notice of Sale of Personal Property by Trustee and Opportunity to Object and for a Hearing**

No Objection.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

Hearing on Objection.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

TO THE DEBTORS, DEBTORS' ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above entitled estate claims an interest pursuant to 11 U.S.C. § 363(b) F.B.R.P., 6004(b) F.B.R.P 2002 and L.B.R. 2002.1.  This sale will take place unless a written objection and request for hearing is received by the U.S. Bankruptcy Court (550 W. Fort St., MSC 042, Boise, ID 83724) and the Trustee (Janine P. Reynard, Trustee, 1655 Fairview Avenue, Ste. 209B, Boise, ID 83702) on or before the 28th day of May, 2013.

NOTICE OF SALE BY TRUSTEE 13-00074 JDP

1. DESCRIPTION OF PROPERTY TO BE SOLD:

    a. Debtor's 95% stock interest in Inland Storage, Inc., an Idaho corporation that has little to no assets other than a pending appeal regarding the Third Party Complaint filed in the Fourth Judicial District in and for the County of Ada, Case No. CV-OC-0907708, entitled *Inland Storage, Inc., an Idaho corporation; James N. Hutchens, an individual v. Idaho Trust Bank, an Idaho corporation* (asset hereinafter referred to as "Corporate Stock").

    b. Debtor's appeal rights, to the extent any exist, regarding the Third Party Complaint filed in the Fourth Judicial District in and for the County of Ada, Case No. CV-OC-0907708, entitled *Inland Storage, Inc., an Idaho corporation; James N. Hutchens, an individual v. Idaho Trust Bank, an Idaho corporation* (asset hereinafter referred to as "Appeal Rights").

2. TYPE OF SALE:
   Public Auction
   Pending offers from: Idaho Trust Bank has offered to buy the Corporate Stock for $2250.00; Idaho Trust Bank has offered to buy the Appeal Rights for $2250.00

3. TERMS OF SALE:
   Cash

4. TIME AND PLACE OF SALE:
   May 29, 2013 at 11:00 a.m.
   1655 Fairview Ave., Ste. 209B, Boise, Idaho 83702

5. TREATMENT OF EXISTING LIENS:
   Sale free and clear of all liens, with all valid interests in the property to attach to the sale proceeds. Trustee is not aware of any liens against the property being sold.

6. VALUE OF PROPERTY TO BE SOLD:
   The Trustee estimates the fair market value of the property is unknown.
   * This valuation is based upon Trustee's estimate after researching the status of the corporation and the appeal. With regard to the Corporate Stock being sold, Inland Storage, Inc. ran a mini-storage unit facility in San Antonio, Bexar County, Texas, which facility was foreclosed upon in April 2012 by the secured lender, Idaho Trust Bank. The corporation has a pending appeal against Idaho Trust Bank, after judgment was entered against the corporation and the Debtor in favor of Idaho Trust Bank in December 2012. With regard to the Appeal Rights being sold, Trustee is informed and believes that the Debtor did not, in fact, timely file an appeal related to the judgment entered against him in favor of Idaho Trust Bank.

7. AUTHORITY FOR CONDUCTING SALE:
   (X) 11 U.S.C. § 363(f)(1)           ( ) 11 U.S.C. § 363(f)(4)
   ( ) 11 U.S.C. § 363(f)(2)           ( ) 11 U.S.C. § 363(f)(5)
   ( ) 11 U.S.C. § 363(f)(3)           ( ) Other:

8. MISCELLANEOUS INFORMATION:
   Estimated net proceeds to be retained by the estate: $4500.00
   This sale shall be effective immediately and the fourteen-day stay imposed by Bankruptcy Rule 6004(h) and other rules is hereby waived.

Date: May 2, 2013                       /s/ Janine P. Reynard
                                        Janine P. Reynard
                                        Chapter 7 Bankruptcy Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this date as indicated below, I electronically filed the foregoing Notice of Sale of Personal Property by Trustee with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals so noted below.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification

U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Joseph M. Meier
jmeier@cosholaw.com

Kevin C. Braley
kbraley@hollandhart.com

Kimbell D. Gourley
kgourley@idalaw.com

*Served by U.S. MAIL*

James Norman Hutchens
9811 W. Hackamore Dr.
Boise, ID 83709

Kevin Dinuis
Dinius & Associates, PLLC
5680 E. Franklin Rd., Ste 130
Nampa, ID 83687

Shelby Wuthrich
10429 S. Hwy 181 #19
San Antonio, TX 78223

/s/ Janine P. Reynard
Janine P. Reynard
Date:   May 2, 2013